UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00671-SPG-AJR | Date | February 27, 2026 |
| Title | Sundeep Singh v. James Janecka | | |

| Present: The Honorable | SHERILYN PEACE GARNETT |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER DENYING FIRST AMENDED EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND STAY OF REMOVAL [ECF NOS. 14, 15] AS MOOT**

On February 19, 2026, Petitioner Sundeep Singh ("Petitioner"), acting through his next friend Chanelle Green Navarro, filed a First Amended Emergency Ex Parte Application for Temporary Restraining Order and Stay of Removal. *See* (ECF Nos. 14, 15 (together, "First Amended Application")). Thereafter, on February 23, 2026, Petitioner received court-appointed counsel and, acting through counsel, requested permission to file an amended petition for a writ of habeas corpus and a new application for a temporary restraining order, based on the amended petition. *See* (ECF Nos. 27, 29). On February 25, 2026, the Court granted Petitioner's request. *See* (ECF No. 31). Petitioner has now filed a First Amended Petition for a Writ of Habeas Corpus, (ECF No. 33 ("First Amended Petition")), and an Ex Parte Application for a Temporary Restraining Order, seeking relief under the First Amended Petition, (ECF No. 32 ("Second Amended Application")). In light of Petitioner's First Amended Petition and the Second Amended Application, the Court DENIES the First Amended Application as moot.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | pg |