**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SUNDEEP SINGH,

      Petitioner,

    v.

JAMES JANECKA, Warden of the
Adelanto ICE Processing Center,

      Respondent.

Case No. 5:26-cv-00671-SPG-AJR

**ORDER ACCEPTING FINDINGS,
CONCLUSIONS AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, (ECF No. 33), the Report and Recommendation of the United States Magistrate Judge, (ECF No. 51), and all the records and files herein. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Based on its review of the record, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED. Respondent James Janecka ("Respondent") shall restore Petitioner Sundeep Singh's (A# 095-815-860) ("Petitioner") conditions of release to the terms of Petitioner's prior Order of Supervision ("OSUP"). Respondent and all of his officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with Respondent are enjoined from

re-detaining Petitioner without first complying with the requirements of 8 U.S.C. § 1231(a)(6), as interpreted by *Zadvydas v. Davis*, 555 U.S. 678 (2001).  Respondent and all of his officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with Respondent are enjoined from re-detaining Petitioner without first complying with the procedural safeguards set out in 8 C.F.R. §§ 241.4 and 241.13.  Respondent and all of his officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with Respondent are enjoined from increasing the conditions or amount of Petitioner's OSUP without first showing a material change of circumstances that require the increased conditions or amount consistent with the procedural safeguards set out in 8 C.F.R. §§ 241.4 and 241.13.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  June 18, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2