JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNDEEP SINGH, | Case No. 5:26-cv-00671-SPG-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES JANECKA, Warden of the Adelanto ICE Processing Center, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is GRANTED. Respondent shall restore Petitioner Sundeep Singh's (A# 095-815-860) ("Petitioner") conditions of release to the terms of Petitioner's prior Order of Supervision ("OSUP"). Respondent James Janecka and all of his officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with Respondent are enjoined from re-detaining Petitioner without first complying with the requirements of 8 U.S.C. § 1231(a)(6), as interpreted by *Zadvydas v. Davis*, 555 U.S. 678 (2001). Respondent and all of his officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with Respondent are

enjoined from re-detaining Petitioner without first complying with the procedural safeguards set out in 8 C.F.R. §§ 241.4 and 241.13. Respondent and all of his officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with Respondent are enjoined from increasing the conditions or amount of Petitioner's OSUP without first showing a material change of circumstances that require the increased conditions or amount consistent with the procedural safeguards set out in 8 C.F.R. §§ 241.4 and 241.13.

DATED:  June 18, 2026

_____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2